U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 5/23/2025 at 5:59 PM EDT and filed on 5/23/2025

**Case Name:** Wondwossen v. The City of New York et al

**Case Number:** 1:25-cv-01746-NRM-JAM

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**ORDER - Granting [12]. The in-person initial conference scheduled for 10:30 a.m. on July 9, 2025 is adjourned to 11:30 a.m. on July 23, 2025 in Courtroom 11A South. The parties shall file their proposed Discovery Plan and Scheduling Order by July 16, 2025. The deadline for Plaintiff to file any amended complaint remains June 28, 2025. Ordered by Magistrate Judge Joseph A. Marutollo on 5/23/2025. (PCM)**

**1:25-cv-01746-NRM-JAM Notice has been electronically mailed to:**

Cyrus Joubin joubinlaw@gmail.com, cyrus.joubin@gmail.com

Jacquelyn Dainow jadainow@law.nyc.gov

**1:25-cv-01746-NRM-JAM Notice will not be electronically mailed to:**